# Exhibit A

| URL: https://bangbros.cards/ |
|---|
| Home Page |

| Infringing Listing | Panini Trademark / U.S. Trademark Registration No. |
|---|---|
| 2022 BANG BROS BANGER BOX.<br><br>URL: https://bangbros.cards/products/2022-bang-bros-banger-box | SELECT<br>Reg. No. 2,421,081 |
| 2022 BANG BROS KENDRA LUST 1/1 AUTO<br><br>URL: https://bangbros.cards/products/2022-bang-bros-kendra-lust-1-1-auto | IMMACULATE<br>Reg. No. 4,678,623<br><br>PANINI<br>Reg. No. 3,910,377 |
| 2022 BANG BROS KELLY DEVINE CRACKED ICE<br><br>URL: https://bangbros.cards/products/2022-bang-bros-kelly-devine-cracked-ice | PRIZM<br>Reg. No. 4,427,994 |
| 2022 BANG BROS PHOENIX MARIE HOLO<br><br>URL: https://bangbros.cards/products/2022-bang-bros-phoenix-marie-holo | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050<br><br>OPTIC<br>Reg. No. 5,228,965 |
| 2022 BANG BROS PHOENIX MARIE HOLO 1/3<br><br>URL: https://bangbros.cards/products/2022-bang-bros-phoenix-marie-holo-1-3 | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050<br><br>PANINI<br>Reg. No. 3,910,377<br><br>OPTIC<br>Reg. No. 5,228,965 |

| Infringing Listing | Panini Trademark / U.S. Trademark Registration No. |
|---|---|
| 2022 BANG BROS PHONEIX MARIE CRACKED ICE<br><br>URL: https://bangbros.cards/products/2022-bang-bros-phoneix-marie-cracked-ice | PRIZM<br>Reg. No. 4,427,994 |
| 2022 BANG BROS KELLY DEVINE CRACKED ICE<br><br>URL: https://bangbros.cards/products/2022-bang-bros-kelly-devine-cracked-ice-1 | PRIZM<br>Reg. No. 4,427,994 |
| 2022 BANG BROS SOPHIE DEE HOLO<br><br>URL: https://bangbros.cards/products/2022-bang-bros-sophie-dee-holo | SELECT<br>Reg. No. 2,421,081 |
| 2022 BANG BROS MIA MALKOVA HOLO<br><br>URL: https://bangbros.cards/products/2022-bang-bros-mia-malkova-holo | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050<br><br>OPTIC<br>Reg. No. 5,228,965 |
| 2022 BANG BROS RILEY REID AUTO<br><br>URL: https://bangbros.cards/products/2022-bang-bros-riley-reid-auto | PRIZM<br>Reg. No. 4,427,994 |
| 2022 BANG BROS MIA KHALIFA HOLO /5<br><br>URL: https://bangbros.cards/products/2022-bang-bros-mia-khalifa-holo-5 | SELECT<br>Reg. No. 2,421,081<br><br>PANINI<br>Reg. No. 3,910,377 |
| 2022 BANG BROS 5 WAY AUTOGRAPH<br><br>URL: https://bangbros.cards/products/2022-bang-bros-5-way-autograph | IMMACULATE<br>Reg. No. 4,678,623 |
| 2022 BANG BROS MIA KHALIFA AUTO 1/1<br><br>URL: https://bangbros.cards/products/2022-bang-bros-mia-khalifa-auto-1-1 | IMMACULATE<br>Reg. No. 4,678,623 |

| Infringing Listing | Panini Trademark / U.S. Trademark Registration No. |
|---|---|
| 2022 BANG BROS JEWELZ BLUE CRACKED ICE<br><br>URL: https://bangbros.cards/products/2022-bang-bros-jewelz-blue-cracked-ice | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050<br><br>DONRUSS<br>Reg. No. 1,526,835 |
| 2022 BANG BROS ALEXIS TEXAS CRACKED ICE<br><br>URL: https://bangbros.cards/products/2022-bang-bros-alexis-texas-cracked-ice | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050<br><br>DONRUSS<br>Reg. No. 1,526,835 |
| 2022 BANG BROS MIA MALKOVA AUTO ERR<br><br>URL: https://bangbros.cards/products/2022-bang-bros-mia-malkova-auto-err | PRIZM<br>Reg. No. 4,427,994 |
| 2022 BANG BROS LANA RHOADES/ GABBIE CARTER AUTO<br><br>URL: https://bangbros.cards/products/2022-bang-bros-lana-rhoades-gabbie-carter-auto | IMMACULATE<br>Reg. No. 4,678,623 |
| 2022 BANG BROS MARIANA ANGEL HOLO<br><br>URL: https://bangbros.cards/products/2022-bang-bros-mariana-angel-holo | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |
| 2022 BANG BROS MIA KHALIFA AUTO<br><br>URL: https://bangbros.cards/products/2022-bang-bros-mia-khalifa-auto | PRIZM<br>Reg. No. 4,427,994 |

| Infringing Listing | Panini Trademark / U.S. Trademark Registration No. |
|---|---|
| 2022 BANG BROS KELSI MONROE AUTO<br><br>URL: https://bangbros.cards/products/2022-bang-bros-kelsi-monroe-auto | PRIZM<br>Reg. No. 4,427,994 |
| 2022 BANG BROS NICOLE BORDA HOLO<br><br>URL: https://bangbros.cards/products/2022-bang-bros-nicole-borda-holo | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |
| 2022 BANG BROS SIDNEYYSKY<br><br>URL: https://bangbros.cards/products/2022-bang-bros-sidneyysky | PRIZM<br>Reg. No. 4,427,994<br><br>RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |
| 2022 BANG BROS ABELLA DANGER AUTO 1/1<br><br>URL: https://bangbros.cards/products/2022-bang-bros-abella-danger-auto-1-1 | BLACK<br>Reg. No. 6,195,369 |

| Infringing Listing | Panini Trademark / U.S. Trademark Registration No. |
|---|---|
| 2022 BANG BROS IVANKA PEACH HOLO<br><br>URL: https://bangbros.cards/products/2022-bang-bros-ivanka-peach-holo | PRIZM<br>Reg. No. 4,427,994<br><br>RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050<br><br>SELECT<br>Reg. No. 2,421,081<br><br>PANINI<br>Reg. No. 3,910,377 |
| 2022 BANG BROS MIA KHALIFA AUTO<br><br>URL: https://bangbros.cards/products/2022-bang-bros-mia-khalifa-auto-1 | PANINI<br>Reg. No. 3,910,377 |
| 2022 BANG BROS MIA KHALIFA HOLO<br><br>URL: https://bangbros.cards/products/2022-bang-bros-mia-khalifa-holo-2 | SELECT<br>Reg. No. 2,421,081<br><br>PANINI<br>Reg. No. 3,910,377 |
| 2022 BANG BROS TRADING CARDS MIA KHALIFA LANA RHOADES MIA MALKOVA AUTO<br><br>URL: https://bangbros.cards/products/2022-bang-bros-trading-cards-mia-khalifa-lana-rhoades-mia-malkova-auto | IMMACULATE<br>Reg. No. 4,678,623 |
| 2022 BANG BROS TRADING CARDS 9 WAY AUTO 1/1<br><br>URL: https://bangbros.cards/products/2022-bang-bros-trading-cards-9-way-auto-1-1 | IMMACULATE<br>Reg. No. 4,678,623 |
| 2022 BANG BROS MICHAEL JORDAN COLLECTION 8 PORNSTAR AUTOS 1/1<br><br>URL: https://bangbros.cards/products/2022-bang-bros-michael-jordan-collection-8-pornstar-autos-1-1 | IMMACULATE<br>Reg. No. 4,678,623 |

| Infringing Listing | Panini Trademark / U.S. Trademark Registration No. |
| --- | --- |
| 2022 BANGBROS TRADING CARDS MIA KHALIFA AUTO<br><br>URL: https://bangbros.cards/products/2022-bangbros-trading-cards-mia-khalifa-auto | SELECT<br>Reg. No. 2,421,081<br><br>PANINI<br>Reg. No. 3,910,377 |
| 2022 BANGBROS TRADING CARDS KENDRA LUST ZEBRA<br><br>URL: https://bangbros.cards/products/2022-bangbros-trading-cards-kendra-lust-zebra | SELECT<br>Reg. No. 2,421,081<br><br>PANINI<br>Reg. No. 3,910,377 |
| 2022 BANG BROS TRADING CARDS SKY BRI<br><br>URL: https://bangbros.cards/products/2022-bang-bros-trading-cards-sky-bri | SELECT<br>Reg. No. 2,421,081<br><br>PANINI<br>Reg. No. 3,910,377 |
| 2022 Bang Bros Trading Cards Aubree Valentine<br><br>URL: https://bangbros.cards/products/2022-bang-bros-trading-cards-aubree-valentine | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050<br><br>OPTIC<br>Reg. No. 5,228,965 |
| 2022 Bang Bros Trading Cards Lindsay capuano Kaboom!<br><br>URL: https://bangbros.cards/products/2022-bang-bros-trading-cards-lindsay-capuano-kaboom | KABOOM!<br>Serial No. 90/004,362 |
| 2022 Bang Bros Trading Cards Anna Claire clouds Penelope Kay<br><br>URL: https://bangbros.cards/products/2022-bang-bros-trading-cards-anna-claire-clouds-penelope-kay | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |

| Infringing Listing | Panini Trademark / U.S. Trademark Registration No. |
|---|---|
| 2022 Bang Bros Trading Cards Sis Stars Card limited to 50 <br><br> URL: https://bangbros.cards/products/2022-bang-bros-trading-cards-sis-stars-card-limited-to-50 | RATED ROOKIE Reg. No. 4,254,100 <br><br> RATED ROOKIE Reg. No. 4,254,101 <br><br> RATED ROOKIE Reg. No. 4,338,050 <br><br> DONRUSS Reg. No. 1,526,835 |
| 2022 Bang Bros Trading Cards Melody Marks Star Rookie <br><br> URL: https://bangbros.cards/products/2022-bang-bros-trading-cards-melody-marks-star-rookie | RATED ROOKIE Reg. No. 4,254,100 <br><br> RATED ROOKIE Reg. No. 4,254,101 <br><br> RATED ROOKIE Reg. No. 4,338,050 |
| 2022 Bang Bros Trading Cards kate quinn Scarlet Scandel Natalia Queen Kylie Rocket <br><br> URL: https://bangbros.cards/products/2022-bang-bros-trading-cards-kate-quinn-scarlet-scandel-natalia-queen-kylie-rocket | RATED ROOKIE Reg. No. 4,254,100 <br><br> RATED ROOKIE Reg. No. 4,254,101 <br><br> RATED ROOKIE Reg. No. 4,338,050 |
| 2022 Bang Bros Trading Cards CHRISTY Mack Fleer <br><br> URL: https://bangbros.cards/products/2022-bang-bros-trading-cards-christy-mack-fleer | RATED ROOKIE Reg. No. 4,254,100 <br><br> RATED ROOKIE Reg. No. 4,254,101 <br><br> RATED ROOKIE Reg. No. 4,338,050 |
| 2022 Bang Bros Trading Cards Remy Lacroix Color Blast JUMBO limited /100 <br><br> URL: https://bangbros.cards/products/2022-bang-bros-trading-cards-remy-lacroix-color-blast-jumbo-limited-100 | OBSIDIAN Reg. No. 6,076,211 |

| Infringing Listing | Panini Trademark / U.S. Trademark Registration No. |
|---|---|
| 2022 BANG BROS TRADING CARDS ALEXIS TEXAS<br><br>URL: https://bangbros.cards/products/2022-bang-bros-trading-cards-alexis-texas-1 | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050<br><br>DONRUSS<br>Reg. No. 1,526,835 |
| 2022 BANG BROS TRADING CARDS KIMMY GRANGER<br><br>URL: https://bangbros.cards/products/2022-bang-bros-trading-cards-kimmy-granger-1 | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050<br><br>OPTIC<br>Reg. No. 5,228,965 |
| 2022 BANG BROS TRADING CARDS ALEXIS TEXAS<br><br>URL: https://bangbros.cards/products/2022-bang-bros-trading-cards-alexis-texas | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050<br><br>DONRUSS<br>Reg. No. 1,526,835 |

| Infringing Listing | Panini Trademark / U.S. Trademark Registration No. |
|---|---|
| 2022 BANG BROS TRADING CARDS J.O.O.<br><br>URL: https://bangbros.cards/products/2022-bang-bros-trading-cards-j-o-o | DONRUSS<br>Reg. No. 1,526,835<br><br>RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |
| 2022 BANG BROS TRADING CARDS ANGELA WHITE<br><br>URL: https://bangbros.cards/products/2022-bang-bros-trading-cards-angela-white-1 | DONRUSS<br>Reg. No. 1,526,835 |
| 2022 BANG BROS TRADING CARDS MIA MALKOVA<br><br>URL: https://bangbros.cards/products/2022-bang-bros-trading-cards-mia-malkova | PANINI<br>Reg. No. 3,910,377 |
| 2022 BANG BROS TRADING CARDS ANGELA WHITE<br><br>URL: https://bangbros.cards/products/2022-bang-bros-trading-cards-angela-white | DONRUSS<br>Reg. No. 1,526,835 |
| 2022 BANG BROS TRADING CARDS EMILY WILLIS<br><br>URL: https://bangbros.cards/products/2022-bang-bros-trading-cards-emily-willis | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050<br><br>DONRUSS<br>Reg. No. 1,526,835 |

| Infringing Listing | Panini Trademark / U.S. Trademark Registration No. |
|---|---|
| 2022 BANG BROS TRADING CARDS REMY LACROIX<br><br>URL: https://bangbros.cards/products/2022-bang-bros-trading-cards-remy-lacroix-1 | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050<br><br>OPTIC<br>Reg. No. 5,228,965 |
| 2022 BANG BROS TRADING CARDS RILEY REID<br><br>URL: https://bangbros.cards/products/2022-bang-bros-trading-cards-riley-reid | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050<br><br>OPTIC<br>Reg. No. 5,228,965 |
| 2022 BANG BROS TRADING CARDS REMY LACROIX<br><br>URL: https://bangbros.cards/products/2022-bang-bros-trading-cards-remy-lacroix | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050<br><br>PRIZM<br>Reg. No. 4,427,994 |
| 2022 BANG BROS TRADING CARDS KELSIE AND ABELLA<br><br>URL: https://bangbros.cards/products/2022-bang-bros-trading-cards-kelsie-and-abella | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |

| Infringing Listing | Panini Trademark / U.S. Trademark Registration No. |
|---|---|
| 2022 BANG BROS TRADING CARDS KIMMY GRANGER<br><br>URL: https://bangbros.cards/products/2022-bang-bros-trading-cards-kimmy-granger | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050<br><br>OPTIC<br>Reg. No. 5,228,965 |
| 2022 BANG BROS MEGAN RAIN<br><br>URL: https://bangbros.cards/products/2022-bang-bros-megan-rain | DONRUSS<br>Reg. No. 1,526,835<br><br>RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |
| 2022 BANG BROS JADA STEVENS CARD<br><br>URL: https://bangbros.cards/products/2022-bang-bros-jada-stevens-card | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |
| 2022 BANG BROS MIA MALKOVA NATIONAL TREASURES<br><br>URL: https://bangbros.cards/products/2022-bang-bros-mia-malkova-national-treasures | NATIONAL TREASURES<br>Reg. No. 4,253,484<br><br>PANINI<br>Reg. No. 3,910,377 |

| Infringing Listing | Panini Trademark / U.S. Trademark Registration No. |
|---|---|
| 2022 BANG BROS LANA RHOADES BRATTY SIS<br><br>URL: https://bangbros.cards/products/2022-bang-bros-lana-rhoades-bratty-sis | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050<br><br>OPTIC<br>Reg. No. 5,228,965 |
| 2022 BANG BROS XXLAYNA MARIE BASE CARD<br><br>URL: https://bangbros.cards/products/2022-bang-bros-xxlayna-marie-base-card | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |
| 2022 BANG BROS LANA RHOADES 1 OF 9<br><br>URL: https://bangbros.cards/products/2022-bang-bros-lana-rhoades-1-of-9 | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050<br><br>DONRUSS<br>Reg. No. 1,526,835<br><br>PANINI<br>Reg. No. 3,910,377 |

| Infringing Listing | Panini Trademark / U.S. Trademark Registration No. |
|---|---|
| 2022 BANG BROS NICOLE BANDA RATED PROSPECT AUTO 1/1<br><br>URL: https://bangbros.cards/products/2022-bang-bros-nicole-banda-rated-prospect-auto-1-1 | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050<br><br>PANINI<br>Reg. No. 3,910,377 |
| 2022 BANG BROS TRADING CARDS KEISHA GREY AUTO 1/1<br><br>URL: https://bangbros.cards/products/2022-bang-bros-trading-cards-keisha-grey-auto-1-1 | BLACK<br>Reg. No. 6,195,369 |
| 2022 BANG BROS KEISHA GREY MANDY MUSE 1/1<br><br>URL: https://bangbros.cards/products/2022-bang-bros-keisha-grey-mandy-muse-1-1 | IMMACULATE<br>Reg. No. 4,678,623<br><br>PANINI<br>Reg. No. 3,910,377 |
| 2022 BANG BROS MIA MALKOVA AUTO<br><br>URL: https://bangbros.cards/products/2022-bang-bros-mia-malkova-auto | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050<br><br>PANINI<br>Reg. No. 3,910,377 |
| 2022 BANG BROS 10 WAY AUTOGRAPH 1/1<br><br>URL: https://bangbros.cards/products/2022-bang-bros-10-way-autograph-1-1 | IMMACULATE<br>Reg. No. 4,678,623 |
| 2022 BANG BROS MIA MALKOVA AUTO HOLO<br><br>URL: https://bangbros.cards/products/2022-bang-bros-mia-malkova-auto-holo | PANINI<br>Reg. No. 3,910,377 |

| Infringing Listing | Panini Trademark / U.S. Trademark Registration No. |
|---|---|
| 2022 BANG BROS MIA KHALIFA PROMO HOLO GEM MINT 10<br><br>URL: https://bangbros.cards/products/2022-bang-bros-mia-khalifa-promo-holo-gem-mint-10 | PANINI<br>Reg. No. 3,910,377 |
| 2022 BANG BROS MIA MALKOVA AUTO GEM MINT 10<br><br>URL: https://bangbros.cards/products/2022-bang-bros-mia-malkova-auto-gem-mint-10 | PANINI<br>Reg. No. 3,910,377 |
| 2022 BANG BROS DUAL AUTO LANA RHOADES MIA MALKOVA<br><br>URL: https://bangbros.cards/products/2022-bang-bros-dual-auto-lana-rhoades-mia-malkova | IMMACULATE<br>Reg. No. 4678623 |
| 2022 BANG BROS LANA RHOADES LOGOMAN AUTO<br><br>URL: https://bangbros.cards/products/2022-bang-bros-lana-rhoades-logoman-auto | IMMACULATE<br>Reg. No. 4,678,623 |
| 2022 BANG BROS LANA RHOADES AUTO<br><br>URL: https://bangbros.cards/products/2022-bang-bros-lana-rhoades-auto | IMMACULATE<br>Reg. No. 4,678,623 |
| 2023 BANG BROS TRADING CARDS BANGER PACK. EXCLUSIVE 2 HOLO VERSION<br><br>https://bangbros.cards/products/2023-bang-bros-trading-cards-banger-pack-exclusive-2-holo-version | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |
| 2023 Bang Bros Graded Pack . One Gem Mint 10!<br><br>https://bangbros.cards/products/2023-bang-bros-graded-pack-one-gem-mint-10-50-off-sale | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |

| Infringing Listing | Panini Trademark / U.S. Trademark Registration No. |
|---|---|
| 2022 Bang Bros Banger Box ( Hobby) 4 Packs + 1 Graded. Hottest Box in the Hobby<br><br>https://bangbros.cards/products/2022-bang-bros-banger-box-hobby-4-packs-1-graded-hottest-box-in-the-hobby | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |
| 2022-23 Bang Bros Banger Update Pack - On Sale Now<br><br>https://bangbros.cards/products/2022-23-bang-bros-banger-update-pack-on-sale-now | KABOOM!<br>Serial No. 90/004,362<br><br>SELECT<br>Reg. No. 2,421,081 |
| 2022 BANG BROS BANGER XL PACK 12 CARDS NEW HOLOS!<br><br>https://bangbros.cards/products/2022-bang-bros-banger-xl-pack-12-cards-new-holos | NATIONAL TREASURES<br>Reg. No. 4,253,484 |
| 2023 Bang Bros Autumn Falls<br><br>https://bangbros.cards/products/2023-bang-bros-autumn-falls | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |
| 2023 Bang Bros Riley Reid<br><br>https://bangbros.cards/products/2023-bang-bros-riley-reid | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |
| 2023 Bang Bros Lindsay Capuano Kaboom! Ltd 100<br><br>https://bangbros.cards/products/2023-bang-bros-lindsay-capuano-kaboom-ltd-100 | KABOOM!<br>Serial No. 90/004,362 |

| Infringing Listing | Panini Trademark / U.S. Trademark Registration No. |
|---|---|
| 2023 Bang Bros Maria Fernanda<br><br>https://bangbros.cards/products/2023-bang-bros-maria-fernanda | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |
| 2023 Bang Bros Nicole Borda ltd /45<br><br>https://bangbros.cards/products/2023-bang-bros-nicole-borda-ltd-45 | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |
| 2023 Bang Bros Maria Fernanda Ltd /45<br><br>https://bangbros.cards/products/2023-bang-bros-maria-fernanda-ltd-45 | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |
| 2023 Bang Bros Trading Cards Molly Little<br><br>https://bangbros.cards/products/2023-bang-bros-trading-cards-molly-little | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |
| 2023 Bang Bros Gabbie Carter Auto 1/1<br><br>https://bangbros.cards/products/2023-bang-bros-gabbie-carter-auto-1-1 | IMMACULATE<br>Reg. No. 4,678,623 |
| 2023 BANG BROS IVANKA PEACH<br><br>https://bangbros.cards/products/2023-bang-bros-ivanka-peach | PRIZM<br>Reg. No. 4,427,994 |

| Infringing Listing | Panini Trademark / U.S. Trademark Registration No. |
|---|---|
| 2022 BANG BROS ABELA DANGER /500<br><br>https://bangbros.cards/products/2022-bang-bros-abela-danger-500 | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |
| 2022 Bang Bros Select Mia Khalifa Die Cut Auto 1/1<br><br>https://bangbros.cards/products/2022-bang-bros-select-mia-khalifa-die-cut-auto-1-1 | SELECT<br>Reg. No. 2,421,081 |
| 2021 Bang Bros 15 Card Lot. X Rated Rookies. Out of Print. Mint condition!<br><br>https://bangbros.cards/products/2021-bang-bros-15-card-lot-x-rated-rookie-set-mint-condition | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050<br><br>DONRUSS<br>Reg. No. 1,526,835 |
| 2021 Bang Bros Elsa Jean X Rated Rookie Auto 570/5000<br><br>https://bangbros.cards/products/2021-vang-bros-elsa-jean-x-rated-rookie-auto-570-5000 | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |
| 2022 Bang Bros Mia Khalifa Purple Green /55<br><br>https://bangbros.cards/products/2022-bang-bros-mia-khalifa-purple-green-55 | PANINI<br>Reg. No. 3,910,377 |
| 2022 Bang Bros Mia Khalifa 4 card lot.<br><br>https://bangbros.cards/products/2022-bang-bros-mia-khalifa-4-card-lot | PANINI<br>Reg. No. 3,910,377<br><br>SELECT<br>Reg. No. 2,421,081 |

| Infringing Listing | Panini Trademark / U.S. Trademark Registration No. |
|---|---|
| 2022 Bang Bros Megan Rain Rare Rated Rookie /20<br><br>https://bangbros.cards/products/2022-bang-bros-megan-rain-rare-rated-rookie-20 | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |
| 2023 Bang Bros Mia Khalifa Immaculate Collection Magna Carta Pornstar Penmanship 1/1. Holy Grail.<br><br>https://bangbros.cards/products/2023-bang-bros-mia-khalifa-immaculate-collection-magna-carta-pornstar-penmanship-1-1-holy-grail | IMMACULATE<br>Reg. No. 4,678,623 |
| 2023 Bang Bros Mia Khalifa Cracked Ice Auto limited to /20<br><br>https://bangbros.cards/products/2023-bang-bros-mia-khalifa-ceacked-ice-auro-limited-to-20 | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |
| 2023 Bang Bros Mia Khalifa Cracked Ice /5<br><br>https://bangbros.cards/products/2023-bang-bros-mia-khalifa-cracked-ice-5 | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050<br><br>PANINI<br>Reg. No. 3,910,377 |
| 2022 Bang Bros Christy Mack x rated rookie holo.<br><br>https://bangbros.cards/products/2022-bang-bros-christy-mack-x-rated-rookie-holo | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |

| Infringing Listing | Panini Trademark / U.S. Trademark Registration No. |
|---|---|
| 2023 BANG BROS SKY BRI IMMACULATE AUTO 1/1<br><br>https://bangbros.cards/products/2023-bang-bros-sky-bri-immaculate-auto-1-1 | IMMACULATE<br>Reg. No. 4,678,623<br><br>RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |
| 2022 BANG BROS MIA KHALIFA HOLO /5<br><br>https://bangbros.cards/products/2022-bang-bros-mia-khalifa-holo-5 | PANINI<br>Reg. No. 3,910,377<br><br>SELECT<br>Reg. No. 2,421,081 |
| 2022 Bang Bros Blake Blossom holo /5 very rare.<br><br>https://bangbros.cards/products/2022-bang-bros-blake-blossom-holo-5-vey-rare | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |
| 2022 BANG BROS OLIVIA DUNNE RATED PROSPECT HOLO 1/1<br><br>https://bangbros.cards/products/2022-bang-bros-olivia-dunne-rated-prospect-holo-1-1 | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050<br><br>DONRUSS<br>Reg. No. 1,526,835 |
| 2023 Bang Bros Select Riley Reid Holo /10<br><br>https://bangbros.cards/products/2023-bang-bros-select-riley-reid-holo-10 | PANINI<br>Reg. No. 3,910,377 |

| Infringing Listing | Panini Trademark / U.S. Trademark Registration No. |
|---|---|
| 2023 BANG BROS LANA RHOADES 1/1 GOLD AUTO HOLO. READ<br><br>https://bangbros.cards/products/2023-bang-bros-lana-rhoades-1-1-gold-auto-holo-read | IMMACULATE<br>Reg. No. 4,678,623<br><br>RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |
| 2023 Bang Bros Mia Khalifa Cracked Ice Holo<br><br>https://bangbros.cards/products/2023-bang-bros-mia-khalifa-cracked-ice-holo | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |
| 2022 Bang Bros Rated Prospect Holo /25<br><br>https://bangbros.cards/products/2022-bang-bros-rated-prospect-holo-25 | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |
| 2022 Bang Bros Rated Prospect Cracked ife starquest /10 ultra rare<br><br>https://bangbros.cards/products/2022-bang-bros-rated-prospect-cracked-ife-starquest-10-ultra-rare | RATED ROOKIE<br>Reg. No. 4,254,100<br><br>RATED ROOKIE<br>Reg. No. 4,254,101<br><br>RATED ROOKIE<br>Reg. No. 4,338,050 |
| 2022 Bang Bros Dual Auto Kendra Lust Lela Star white cracked ice<br><br>https://bangbros.cards/products/2022-bang-bros-dual-auto-kendra-lust-lela-star-white-cracked-ice | IMMACULATE<br>Reg. No. 4,678,623 |

| Infringing Listing | Panini Trademark / U.S. Trademark Registration No. |
| --- | --- |
| 2023 BANG BROS MIA KHALIFA LANA RHOADES DUAL AUTO IMMACULATE HOLO! RARE<br><br>https://bangbros.cards/products/2023-bang-bros-mia-khalifa-lana-rhoades-dual-auto-immaculate-holo-rare | IMMACULATE<br>Reg. No. 4,678,623 |
| 2022 Bang Bros Gabbie Carter Silver Holo<br><br>https://bangbros.cards/products/2022-bang-bros-gabbie-carter-silver-holo | DONRUSS<br>Reg. No. 1,526,835 |
| 2022 BANG BROS TRADING CARDS 9 WAY AUTO 1/1<br><br>https://bangbros.cards/products/2022-bang-bros-trading-cards-9-way-auto-1-1 | IMMACULATE<br>Reg. No. 4,678,623 |
| 2022 BANG BROS TRADING CARDS MIA KHALIFA LANA RHOADES MIA MALKOVA AUTO<br><br>https://bangbros.cards/products/2022-bang-bros-trading-cards-mia-khalifa-lana-rhoades-mia-malkova-auto | IMMACULATE<br>Reg. No. 4,678,623 |
| 2022 BANG BROS MIA KHALIFA HOLO<br><br>https://bangbros.cards/products/2022-bang-bros-mia-khalifa-holo-2 | PANINI<br>Reg. No. 3,910,377 |
| 2022 BANG BROS MIA KHALIFA GEM MINT 10<br><br>https://bangbros.cards/products/2022-bang-bros-mia-khalifa-gem-mint-10 | PANINI<br>Reg. No. 3,910,377<br><br>SELECT<br>Reg. No. 2,421,081 |