AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| PANINI AMERICA, INC., a Delaware corporation,<br><br>*Plaintiff(s)*<br>v.<br>RYAN J. CARTER, an individual,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  2:23-cv-03628 SB (KSx)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RYAN J. CARTER
9666 Svl Box
Victorville, California 92395

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Daniel A. Solitro, Esq.
Locke Lord LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  5/12/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Ryan Carter

was received by me on *(date)*  June 22, 2023  .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*  David Carter (Co-occupant/family member)
Male, 38 years old, Cauc., 5'9", 180lbs, brown hair, heavy beard , a person of suitable age and discretion who resides there,
on *(date)*  June 25, 2023 at 11:35am , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  6/27/2023

*Server's signature*

Jim Runkle
*Printed name and title*

Frasco Inc
215 W. Alameda Avenue
Burbank, CA 91502
*Server's address*

Additional information regarding attempted service, etc: