JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANINI AMERICA, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>RYAN J. CARTER,<br><br>      Defendant. | Case No. 2:23-cv-03628-SB-KS<br><br><br>FINAL JUDGMENT |

For the reasons set forth in the separate order granting in part Plaintiff Panini America, Inc.'s motion for default judgment entered this day, the Court enters final judgment as follows:

1. Plaintiff Panini America, Inc. is awarded $616,164.91 in damages; and

2. Defendant Ryan J. Carter is permanently enjoined from:

   a. Advertising, marketing, selling, offering to sell, displaying, publishing, distributing, posting and/or rendering trading cards using the Panini Marks (defined in the separate order) or any other marks that are identical or confusingly similar to the Panini Marks;

   b. Representing to any other person or entity that Defendant has authority to use the Panini Marks; and

   c. Representing to any other person or entity that Defendant or his goods or services are in any manner associated with, connected to,

related to, sponsored by, affiliated with, endorsed by, approved by, or recommended by Panini.

This is a final judgment.

Date: December 8, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge